# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McMahon, Colleen | US District Court-Southern Dis | 08/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge-Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

500 Pearl Street
New York, NY 10007
Chambers 640 Moynihan Courthou

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | Trustee | Foundation #1 |
| 3. | Director-Inactive | Music Bridges International Inc |
| 4. | Advisory Council | Ohio State University |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | CSG Systems Inc-Director Fee |
| 2. 2014 | Kohl's Department Stores Inc-Director Fee |
| 3. 2014 | Tailwind Capital Group-Managing Director |
| 4. 2014 | Safe Bulkers Inc -Director Fee |
| 5. 2014 | Jet Blue Airways Corp-Director Fee |
| 6. 2014 | Menemsha Capital Partners-Ltd-Employee |
| 7. 2014 | Linx Partners LLC_Director Fee |
| 8. 2014 | Morgan Stanley-Pension Income |
| 9. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

3. _____  _____  _____  _____  _____

4. _____  _____  _____  _____  _____

5. _____  _____  _____  _____  _____

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Internal Revenue Service | Federal Income Taxes | P1 |
| 2. | New York State Income Tax | State Income Taxes | P1 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Thornburg Ltd. Term Muni. Fd Nat'l | B | Dividend | L | T | | | | | |
| 2. Kohl's Corp. Com (IRA) | E | Dividend | O | T | | | | | |
| 3. Thornberg Value Fund Class A Mut Fd. (IRA) | C | Dividend | O | T | | | | | |
| 4. Morgan Stanley Venture Investors III LP (IRA) | | None | K | U | | | | | |
| 5. Kohl's Corp Com (Trust #2) | | None | | | Distributed | 01/10/14 | M | | See Note # 8 |
| 6. Morgan Stanley Venture Investors III LP | | None | K | U | | | | | |
| 7. Skyline Venture Partners,L.P. | | None | | | Closed | 12/31/14 | L | | |
| 8. MSCP III L.P. | B | Distribution | J | U | | | | | See Note # 1 |
| 9. ▓▓▓ ,MA(1998 300,0000) | | None | N | R | | | | | |
| 10. ▓▓▓ ,MA (1998 300,000) | | None | N | R | | | | | |
| 11. Northwestern Mututal Life | | None | K | T | | | | | |
| 12. EVILCO Life Insurnace (Trust # 1) | | None | J | T | | | | | |
| 13. Northwestern Mututal Life (Trust#1) | | None | N | T | | | | | |
| 14. Northwestern Mututal Life(Trust #1) | | None | M | T | | | | | |
| 15. Madison National Life Ins(Trust # 1) | A | Interest | N | T | | | | | |
| 16. CSG Systems International Inc.Com | D | Dividend | O | T | Buy (add'l) | 08/26/14 | M | | |
| 17. | | | | | Donated (part) | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Summit Mariner, LLC | | None | P1 | U | | | | | |
| 19. Skyline Venture Partners Qualified Purchase Fund II | | None | | | Closed | 12/31/14 | L | | |
| 20. Trident Capital Fund-IV LP | | None | | | Closed | 12/31/14 | J | | |
| 21. Summit Mariner LLC/JP Morgan Checking | A | Interest | K | T | | | | | |
| 22. Rental # 1 /JPMorgan Checking | | None | J | T | | | | | |
| 23. Rental # 2 New York, NY(1999 $ 900,000) | E | Rent | P1 | R | | | | | |
| 24. Rental # 2/JP Morgan -Checking | A | Interest | J | T | | | | | |
| 25. JP Morgan(Checking)- | | None | L | T | | | | | |
| 26. Andex Resources LLC (Y) | | | | | | | | | |
| 27. Vacant Land ▭, MA (1999 $ 425,000 ) | | None | N | R | | | | | |
| 28. Trident Capital Fund V LP | D | Distribution | O | U | Sold (part) | 08/08/14 | K | | See Note # 1 |
| 29. | | | | | Sold (part) | 11/18/14 | L | | |
| 30. | | | | | Distributed (part) | 08/05/14 | J | | See Note # 5-to Line # 389 |
| 31. Linx Partners (Q) LP | | None | N | U | Sold (part) | 01/15/14 | P1 | | |
| 32. | | | | | Sold (part) | 06/11/14 | M | | |
| 33. Grove Capital Commitment Partners LP | | None | K | U | Sold (part) | 09/29/14 | L | | |
| 34. | | | | | Sold (part) | 10/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▮▮▮▮ Golf Partners LLC | | None | K | U | | | | | |
| 36. Silvaris Corp Preferred B -N/C -Silvaris Corp-Preferred C-1 | | None | L | U | Sold (part) | 06/05/14 | M | E | |
| 37. JP Morgan (Checking) | A | Interest | P2 | T | | | | | |
| 38. Oneida Cnty NY 6.25% due 06/15 | D | Interest | | | Sold (part) | 06/02/14 | L | | |
| 39. | | | | | Sold | 11/21/14 | M | | |
| 40. JK & B Capital IV QIP LP | | None | N | U | Sold (part) | 08/05/14 | J | | |
| 41. Perseus Biopharmaceutical Investor LP | | None | K | U | Buy (add'l) | 04/24/14 | J | | |
| 42. | | | | | Sold (part) | 04/24/14 | K | | |
| 43. | | | | | Sold (part) | 11/26/14 | M | | |
| 44. | | | | | Distributed (part) | 01/23/14 | K | | See Note # 5 to Line # 391 |
| 45. Skyline Venture Partners Qualified Purchaser Fund III LP | | None | L | U | | | | | |
| 46. Towerbrook Private Equity Partners II LP | | None | | | Closed | 04/07/14 | M | | |
| 47. SPEP Limited Partners LLC (Y) | | | | | | | | | |
| 48. Grove II LP | | None | L | U | Buy (add'l) | 12/31/14 | N | | |
| 49. JP Morgan Checking(Foundation #1) | A | Interest | J | T | | | | | |
| 50. OR Music LLC | | None | | | Closed | 12/31/14 | | | See Note # 9 |
| 51. Capital Income Builders Fd Cl A(IRA) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kinderhook Capital I LP | D | Distribution | P1 | U | Buy (add'l) | 06/10/14 | K | | See Note # 1 |
| 53. | | | | | Sold (part) | 06/10/14 | K | | |
| 54. Capital World Grth & Income Fd Cl A(IRA) | C | Dividend | M | T | | | | | |
| 55. JP Morgan Tax Free MM Premier Sweep | A | Interest | O | T | | | | | |
| 56. Menemsha Captial Partners Ltd | | None | L | U | | | | | See Note # 2 |
| 57. Capital SLI Group LLC | | None | J | U | | | | | |
| 58. CGI Partners,LP | G | Distribution | P1 | U | Sold (part) | 11/17/14 | O | | See Note # 1 |
| 59. Micell Technologies Inc.(Com) | | None | K | U | | | | | |
| 60. Linx Partners II LP | G | Distribution | P1 | U | Sold (part) | 06/24/14 | M | | See Note # 1 |
| 61. | | | | | Sold (part) | 09/05/14 | O | | |
| 62. | | | | | Sold (part) | 11/21/14 | M | | |
| 63. | | | | | Sold (part) | 12/23/14 | K | | |
| 64. Lone Cypress Company Ltd | G | Distribution | P1 | U | Sold (part) | 06/23/14 | M | | See Note # 1 |
| 65. Sentinel Capital Investors III LP | G | Distribution | M | U | Sold (part) | 03/21/14 | L | | See Note # 1 |
| 66. | | | | | Sold (part) | 05/27/14 | K | | |
| 67. | | | | | Sold (part) | 11/26/14 | L | | |
| 68. | | | | | Sold (part) | 12/31/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 70. SFM Participation II LP | H1 | Distribution | P2 | U | Buy (add'l) | 03/11/14 | K | | See Note # 1 |
| 71. | | | | | Buy (add'l) | 05/13/14 | M | | |
| 72. | | | | | Sold (part) | 01/24/14 | M | | |
| 73. | | | | | Sold (part) | 03/11/14 | P1 | | |
| 74. | | | | | Sold (part) | 09/23/14 | M | | |
| 75. | | | | | Sold (part) | 11/12/14 | P1 | | |
| 76. North Salem Acquisition & Development Fund 2005 LP | F | Distribution | J | U | Sold (part) | 02/18/14 | J | | See Note # 1 |
| 77. | | | | | Sold (part) | 08/05/14 | J | | |
| 78. | | | | | Sold (part) | 12/23/14 | J | | |
| 79. Thornburg Core Growth Cl A (IRA) | | None | N | T | | | | | |
| 80. Jetblue (Com) | | None | P1 | T | | | | | |
| 81. 383-391 West 12th St LLC | | | | | Closed | 12/31/14 | | | See Note # 9 |
| 82. Aisling Capital II LP | G | Distribution | P1 | U | Buy (add'l) | 02/10/14 | L | | See Note # 1 |
| 83. | | | | | Buy (add'l) | 03/10/14 | J | | |
| 84. | | | | | Buy (add'l) | 06/19/14 | K | | |
| 85. | | | | | Sold (part) | 02/10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/09/14 | M | | |
| 87. | | | | | Distributed (part) | 01/23/14 | K | | See Note # 5-To Line # 392 |
| 88. By The Way Productions LLC | | None | J | U | | | | | |
| 89. J K & B Capital V LP | | None | P1 | U | Buy (add'l) | 02/11/14 | K | | |
| 90. | | | | | Buy (add'l) | 04/23/14 | J | | |
| 91. | | | | | Buy (add'l) | 07/09/14 | K | | |
| 92. | | | | | Buy (add'l) | 09/02/14 | K | | |
| 93. | | | | | Buy (add'l) | 12/10/14 | K | | |
| 94. | | | | | Sold (part) | 08/05/14 | J | | |
| 95. SEEF II LP | | None | P1 | U | Buy (add'l) | 01/15/14 | K | | |
| 96. | | | | | Buy (add'l) | 06/09/14 | L | | |
| 97. Towerbrook Investors II Executive Fund LP | H1 | Distribution | P1 | U | Sold (part) | 11/10/14 | K | | See Note # 1 |
| 98. | | | | | Buy (add'l) | 07/11/14 | L | | |
| 99. | | | | | Sold (part) | 07/11/14 | P1 | | |
| 100. Trident VI LP | | None | N | U | | | | | |
| 101. Kinderhook Capital Fund II LP | H1 | Distribution | P1 | U | Buy (add'l) | 03/06/14 | L | | See Note # 1 |
| 102. | | | | | Buy (add'l) | 06/20/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/31/14 | L | | |
| 104. | | | | | Sold (part) | 03/06/14 | N | | |
| 105. | | | | | Sold (part) | 03/19/14 | P1 | | |
| 106. | | | | | Sold (part) | 06/20/14 | P1 | | |
| 107. | | | | | Sold (part) | 07/31/14 | P1 | | |
| 108. Kohls Corp (Com). | E | Dividend | O | T | Buy (add'l) | 05/16/14 | M | | |
| 109. | | | | | Donated (part) | | | | |
| 110. KPB Partners LP | A | Interest | P1 | U | | | | | |
| 111. --App Orchard LLC | | None | | | Buy (add'l) | 03/31/14 | M | | |
| 112. | | | | | Buy (add'l) | 04/28/14 | M | | |
| 113. | | | | | Closed | 12/31/14 | | | See Note # 9 |
| 114. --App Orchard LLC-Note | | None | | | Closed | 12/31/14 | | | See Note # 3 |
| 115. Thornburg-Income Builder Cl 1 | C | Dividend | L | T | | | | | |
| 116. Thornburg Global Opportunity Cl 1 | A | Dividend | L | T | | | | | |
| 117. Thornburg CRE GWT 1 (Trust # 2) | | None | | | Distributed | 01/10/14 | L | | See Note # 8 |
| 118. Morgan Stanley Bank (Savings) | A | Interest | J | T | | | | | |
| 119. Thornburg CRE GWT (IRA) | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Inavein LLC | | None | J | U | | | | | |
| 121. Ironwood Management Partners Fund II LP | | None | P1 | U | Buy (add'l) | 10/20/14 | K | | |
| 122. Linx-Cimarron Energy Co-Invest, LLC | E | Distribution | | | Sold | 05/30/14 | K | | See Note # 1 |
| 123. RGI Partners II B LP | G | Distribution | P1 | U | | | | | See Note # 1 |
| 124. RGI Partners Ltd | G | Distribution | P1 | U | Buy (add'l) | 03/31/14 | O | | See Note # 1 |
| 125. | | | | | Buy (add'l) | 05/09/14 | K | | |
| 126. | | | | | Sold (part) | 03/31/14 | N | | |
| 127. | | | | | Sold (part) | 05/09/14 | O | | |
| 128. SC Capital (P) LP | | None | P2 | U | Buy (add'l) | 04/02/14 | J | | |
| 129. Tailwind Capital Partners LP | H1 | Distribution | P2 | U | Buy (add'l) | 12/19/14 | M | | See Note # 1 & Note # 4 |
| 130. | | | | | Sold (part) | 01/10/14 | O | | |
| 131. | | | | | Sold (part) | 03/07/14 | L | | |
| 132. | | | | | Sold (part) | 04/30/14 | L | | |
| 133. | | | | | Sold (part) | 06/11/14 | M | | |
| 134. | | | | | Sold (part) | 08/14/14 | P1 | | |
| 135. Tailwind Management LP | G | Distribution | P1 | U | Sold (part) | 12/31/14 | P1 | | See Note # 1 |
| 136. Tailwind Capital Partners (GP) LP | H2 | Distribution | P1 | U | Buy (add'l) | 12/19/14 | M | | See Note # 1 & Note # 4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 01/13/14 | P1 | | |
| 138. | | | | | Sold (part) | 03/10/14 | M | | |
| 139. | | | | | Sold (part) | 05/06/14 | L | | |
| 140. | | | | | Sold (part) | 06/06/14 | N | | |
| 141. | | | | | Sold (part) | 08/14/14 | P2 | | |
| 142. | | | | | Sold (part) | 12/31/14 | P1 | | |
| 143. --Apex Companies LLC | | | | | | | | | See Note #4 |
| 144. -- Transit Wireless LLC | | | | | | | | | See Note #4 |
| 145. --Hamilton State Bancshares Inc | | | | | | | | | See Note #4 |
| 146. --Oceus Networks Inc. | | | | | | | | | See Note # 4 |
| 147. --Nautilus Neurosciences Inc | | | | | | | | | See Note #4 |
| 148. --Versapharm | | | | | Sold | 08/14/14 | P2 | | See Note #4 |
| 149. --Cumberland Consulting Group LLC | | | | | | | | | See Note #4 |
| 150. --RE Transportation Inc | | | | | | | | | See Note #4 |
| 151. --Brawler Industrial Fabrics | | | | | | | | | See Note #4 |
| 152. --Northeast Comm of Wisconsin Inc | | | | | | | | | See Note # 4 |
| 153. Navagate Inc (Promissory Note) | | None | | | Closed | 12/31/14 | | | See Note # 3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Omnilink Systems Inc (Ser B Preferred Stock) | | None | | | Sold | 05/09/14 | P1 | H1 | |
| 155. American Home Food Products Inc (Com) | | None | N | U | | | | | |
| 156. Perseus Soros Partners | | None | M | T | Sold (part) | 04/24/14 | J | | |
| 157. | | | | | Sold (part) | 11/26/14 | L | | |
| 158. | | | | | Distributed (part) | 01/23/14 | K | | See Note #5 to Line # 393 |
| 159. Syndicate Holdings Corp(Com) | | None | N | U | | | | | |
| 160. Perseus Soros BioPharmaceutical Fund LP | | None | J | U | Sold (part) | 04/24/14 | J | | |
| 161. | | | | | Buy (add'l) | 04/24/14 | J | | |
| 162. | | | | | Sold (part) | 11/26/14 | J | | |
| 163. | | | | | Distributed (part) | 01/23/14 | J | | See Note # 5 to Line # 394 |
| 164. Safe Bulkers Inc(Com) | D | Dividend | M | T | Buy (add'l) | 01/02/14 | K | | |
| 165. | | | | | Buy (add'l) | 04/24/14 | K | | |
| 166. | | | | | Buy (add'l) | 07/02/14 | K | | |
| 167. | | | | | Buy (add'l) | 10/02/14 | K | | |
| 168. Artisanal Cheese LLC(Bridge Loan) | | None | N | T | | | | | |
| 169. Nassau Point Partners I LP | | None | J | U | | | | | |
| 170. Camulos BioEnergy Debt Holdings LLC | | None | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Camulos BioEnergy Partners LLC | | None | J | U | | | | | |
| 172. Camulos Fountain Hills Partners LLC (Y) | | | | | | | | | |
| 173. Camulos Gateway HI Partners LLC | | None | J | U | | | | | |
| 174. Camulos Gateway RH Partners LLC | | None | J | U | | | | | |
| 175. Asling Investors III LP | G | Distribution | O | U | Buy (add'l) | 02/04/14 | K | | See Note # 1 |
| 176. | | | | | Buy (add'l) | 03/17/14 | K | | |
| 177. | | | | | Buy (add'l) | 05/13/14 | K | | |
| 178. | | | | | Buy (add'l) | 07/25/14 | K | | |
| 179. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 180. | | | | | Sold (part) | 02/04/14 | L | | |
| 181. | | | | | Sold (part) | 09/24/14 | K | | |
| 182. | | | | | Sold (part) | 12/10/14 | K | | |
| 183. | | | | | Distributed (part) | 01/23/14 | J | | See Note # 5 to Line # 396 |
| 184. | | | | | Distributed (part) | 05/20/14 | J | | See Note # 5-to Line # 398 |
| 185. Eastern Growth Capital I LP | G | Distribution | N | U | Sold (part) | 05/19/14 | N | | See Note # 1 |
| 186. | | | | | Sold (part) | 10/02/14 | L | | |
| 187. | | | | | Sold (part) | 10/27/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Eastern Growth Capital II LP | F | Distribution | N | U | Sold (part) | 02/12/14 | K | | See Note # 1 |
| 189. | | | | | Sold (part) | 05/16/14 | K | | |
| 190. | | | | | Sold (part) | 12/04/14 | L | | |
| 191. Eastern Growth Capital II LP(IRA) | G | Distribution | O | U | Sold (part) | 02/12/14 | L | | See Note # 1 |
| 192. | | | | | Sold (part) | 05/16/14 | K | | |
| 193. | | | | | Sold (part) | 12/04/14 | M | | |
| 194. Linx-Metaltech Co Investment LLC | D | Interest | M | U | Sold (part) | 03/24/14 | J | | |
| 195. | | | | | Sold (part) | 06/09/14 | J | | |
| 196. | | | | | Sold (part) | 09/12/14 | J | | |
| 197. | | | | | Sold (part) | 12/12/14 | J | | |
| 198. Olympus Capital Asia IV LP | | None | P1 | U | Buy (add'l) | 02/25/14 | L | | |
| 199. | | | | | Buy (add'l) | 07/21/14 | M | | |
| 200. | | | | | Sold (part) | 07/21/14 | L | | |
| 201. | | | | | Sold (part) | 11/20/14 | O | | |
| 202. UBS RMA Tax Free (MM) | A | Interest | M | T | | | | | |
| 203. Safe Bulkers Inc (Com)(IRA) | D | Dividend | L | T | | | | | |
| 204. Towerbrok Investors III Executive Fund LP | F | Distribution | O | U | Sold (part) | 01/16/14 | L | | See Note # 1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 02/20/14 | K | | |
| 206. | | | | | Sold (part) | 06/12/14 | K | | |
| 207. | | | | | Sold (part) | 08/21/14 | L | | |
| 208. | | | | | Sold (part) | 09/23/14 | J | | |
| 209. Inves Van Kampen Equities (401K) N/C Invesco Equity Income FD A | | None | J | T | | | | | |
| 210. Thornburg Intl Val Fd R#(401k) | | None | | | Sold | 12/15/14 | M | | |
| 211. Morgan Stanley Bank(Saving )(Foundation # 1) | A | Interest | K | T | | | | | |
| 212. NYS Dormitory 4 % Due 10/1/15 | E | Interest | O | T | | | | | |
| 213. NYS Dormitory 5.25 % Due 8/15/15 | E | Interest | M | T | | | | | |
| 214. Morgan Stanley Bank (Trust # 2) | | None | | | Distributed | 01/10/14 | K | | See Note # 8 |
| 215. First Republic Bank( Checking)(Trust # 2) | | None | | | Distributed | 01/10/14 | J | | See Note # 8 |
| 216. First Republic Bank (Checking) | A | Interest | M | T | | | | | |
| 217. The West Africa Fund LP | | None | O | T | | | | | |
| 218. NuCana Biomed Ltd (Ordinary Shares) (IRA) | | None | P1 | T | Buy (add'l) | 09/08/14 | K | | |
| 219. Yumsing LLC | | None | N | U | | | | | |
| 220. Cordia Bancorp Ser B(Com)(IRA) | | None | K | T | | | | | |
| 221. ConnectEdu Inc(Com)(IRA) | | None | | | Closed | 12/31/14 | | | See Note # 3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Michael Walsdorf- (Indirect Investment- 71 Smith Street LLC ) | | None | N | T | | | | | See Note # 10 |
| 223. MV Beach Stret Realty(Mortgage Note) | | None | | | Redeemed | 11/10/14 | O | | |
| 224. Beryllium LLC | | None | J | U | | | | | |
| 225. Kinderhook Capital Fund III LP | G | Distribution | P1 | U | Buy (add'l) | 02/04/14 | L | | See Note #1 |
| 226. | | | | | Buy (add'l) | 04/21/14 | M | | |
| 227. | | | | | Buy (add'l) | 06/25/14 | M | | |
| 228. | | | | | Buy (add'l) | 11/13/14 | K | | |
| 229. | | | | | Buy (add'l) | 12/19/14 | K | | |
| 230. | | | | | Sold (part) | 03/07/14 | K | | |
| 231. | | | | | Sold (part) | 03/18/14 | N | | |
| 232. Omnlink Systems Inc(Bridge Loan) | | None | | | Redeemed | 05/09/14 | M | | |
| 233. NYS Dormitory 5.25 % Due 5/15/15 | D | Interest | M | T | Sold (part) | 05/15/14 | N | | |
| 234. | | | | | Sold (part) | 08/05/14 | M | | |
| 235. Nuclea Biotechnologies Inc-Convertible Note | | None | N | T | | | | | |
| 236. Cordia Bancorp Inc Ser B (Com) | | None | N | T | | | | | |
| 237. ConnectEDU Ser D(Com) | | None | | | Closed | 12/31/14 | | | See Note # 3 |
| 238. Rapid Ratings International Inc (Com) | | None | P1 | T | Buy (add'l) | 02/18/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 04/10/14 | O | | |
| 240. | | | | | Buy (add'l) | 07/29/14 | N | | |
| 241. | | | | | Buy (add'l) | 08/20/14 | N | | |
| 242. | | | | | Buy (add'l) | 10/27/14 | N | | |
| 243. | | | | | Buy (add'l) | 12/18/14 | N | | |
| 244. West 12th Street Manager LLC | | | | | Closed | 12/31/14 | | | See Note # 9 |
| 245. Parkstone Capital Partners LLC | | None | M | U | Sold (part) | 01/22/14 | L | | |
| 246. | | | | | Sold (part) | 11/17/14 | L | | |
| 247. Lone Peak Partners Fund LP | | None | P1 | U | | | | | |
| 248. UBS Bank USA Dep MM (IRA) | A | Interest | M | T | | | | | |
| 249. Thornburg Core Growth A (Trust # 2) | | None | | | Distributed | 01/10/14 | K | | See Note # 8 |
| 250. NYS Dorm 5.625 % Due 6/1/16 | E | Interest | N | T | Sold (part) | 04/07/14 | M | | |
| 251. Tailwind Capital Group LLC | A | Distribution | K | U | | | | | See Note # 1 |
| 252. Emerald Biostructures Inc.(Loan) | B | Interest | | | Redeemed | 02/12/14 | K | | |
| 253. Empowered World Ventures LLC(Preferred A) | | None | M | T | | | | | |
| 254. CSL Energy Opportunity Fd I LP | F | Distribution | O | U | Buy (add'l) | 04/22/14 | L | | See Note # 1 |
| 255. | | | | | Buy (add'l) | 08/11/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 11/14/14 | K | | |
| 257. | | | | | Sold (part) | 04/22/14 | J | | |
| 258. | | | | | Sold (part) | 11/14/14 | M | | |
| 259. CSL Europe Energy Services LP | | None | L | U | | | | | |
| 260. Parkstone Capital Partners II LP | G | Distribution | O | U | Sold (part) | 04/24/14 | N | | See Note # 1 |
| 261. | | | | | Sold (part) | 10/16/14 | M | | |
| 262. Highland Investment Group LLC | | None | J | U | | | | | |
| 263. Peaks Capital Partners LLC (Promissory Note) | | None | M | T | | | | | |
| 264. NYS Auth Rev Nonst 5 % Due 10/1/14 | E | Interest | | | Redeemed | 10/01/14 | O | | |
| 265. NYS Energy Res & Dev 2.25 % Due 12/1/15 | E | Interest | O | T | | | | | |
| 266. Patchogue Metford NY Un 4.25 Due 10/1/15 | E | Interest | O | T | | | | | |
| 267. Artiman Venture Fund LP | E | Distribution | M | U | Distributed (part) | 03/14/14 | J | | Note # 1 & # 5-To Line 400 |
| 268. | | | | | Sold (part) | 05/28/14 | J | | |
| 269. EOS Sleep Management LLC | F | Distribution | O | U | | | | | See Note # 1 |
| 270. OD Funding Partners LLC | | None | M | U | | | | | |
| 271. Prollie Inc (Preferred St) | | None | | | Closed | 12/31/14 | | | See Note # 3 |
| 272. Nextremity Solutions LLC(N/C Nextremity Solutions Inc ) | | None | P1 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Linx-Ad Co-Invest LLC | G | Distribution | K | U | Sold (part) | 08/22/14 | N | | See Note # 1 |
| 274. | | | | | Sold (part) | 12/12/14 | K | | |
| 275. Collision Funding Partners LLC | | None | M | U | | | | | |
| 276. adTheorent Inc Convertible Promissory Note) | | None | L | T | Buy (add'l) | 04/01/14 | L | | |
| 277. 4DK Technology Inc (Ser B) | | None | | | Distributed (part) | 04/10/14 | M | | See Note # 5- to line 402 |
| 278. | | | | | Distributed | 04/10/14 | N | | See Note # 5 to Line 403 |
| 279. Double Dog Dare MediaLLC (Convertible Promissory Note) | | None | | | Closed | 12/31/14 | | | See Note # 3 |
| 280. Figue Holdings LLC (Promissory Note) | | None | M | T | | | | | |
| 281. Jonathan Kully (Indirect Investment 71 Smith Street LLC) | | None | N | T | | | | | See Note # 10 |
| 282. JustFamily.Com,Inc(.Preferred Stock) | | None | N | T | Buy (add'l) | 08/14/14 | K | | |
| 283. Kenesto Corp (Preferred C) | | None | O | T | Buy (add'l) | 01/07/14 | L | | |
| 284. | | | | | Buy (add'l) | 04/14/14 | L | | |
| 285. | | | | | Buy (add'l) | 07/07/14 | L | | |
| 286. | | | | | Buy (add'l) | 10/27/14 | M | | |
| 287. MogilityCapital Fund LP | | None | M | U | | | | | |
| 288. OpenFin Inc.(Preferred Stock) | | None | M | T | | | | | |
| 289. Remedy Pharmaceuticals Inc | | None | O | T | Buy (add'l) | 09/26/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Tyrogenex Inc.(Ser B Convertible Preferred) | | None | K | T | | | | | |
| 291. XCovery Holdings LLC | | None | K | U | | | | | |
| 292. NYS Dorm 4 % Due 7/1/16 | D | Interest | N | T | | | | | |
| 293. NYS Mtg Auth 1.2 % Due 4/1/16 | C | Interest | N | T | | | | | |
| 294. NYS Dorm 4 % Due 7/1/17 | E | Interest | O | T | | | | | |
| 295. Monroe County NY 4 % Due 6/1/15 | E | Interest | O | T | | | | | |
| 296. NYS Muni Bd Bank 5% Due 2/15/14 | D | Interest | | | Matured | 02/18/14 | N | | |
| 297. NYS Mtg 5 % Due 11/1/16 | D | Interest | N | T | | | | | |
| 298. Batavia NY 4% Due 3/1/17 | E | Interest | O | T | | | | | |
| 299. Dryden NY Cent School 4%Due 6/15/16 | D | Interest | N | T | | | | | |
| 300. Rochester NY Unliited Tax 3.25% Due 2/1/16 | D | Interest | M | T | | | | | |
| 301. NYS Muni Bd 5 % Due 5/15/16 | E | Interest | O | T | | | | | |
| 302. NYS Mtg 2 % Due 4/1/16 | C | Interest | M | T | | | | | |
| 303. East Rochester NY 3 % Due 10/20/15 | D | Interest | N | T | | | | | |
| 304. Boulder DiagnosticInc (Preferred) | | None | | | Closed | 12/31/14 | | | See Note # 3 |
| 305. Cardflight Inc (Preferred) | | None | L | T | Buy (add'l) | 09/10/14 | L | | |
| 306. Fenway HTM Partners LLC | | None | O | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. FunnelFire Inc (ConvPromissory Note) | | None | L | T | Buy (add'l) | 03/06/14 | K | | |
| 308. Gain Fitness Inc(Com) | | None | L | T | Buy (add'l) | 08/19/14 | J | | |
| 309. CMNet Inc (D/B/A iSeek Corp) Ser C (Preferred) | | None | N | T | | | | | |
| 310. Linx RE-Co-Invest LLC | D | Interest | M | U | Sold (part) | 02/21/14 | J | | |
| 311. | | | | | Sold (part) | 04/28/14 | J | | |
| 312. | | | | | Sold (part) | 07/18/14 | J | | |
| 313. | | | | | Sold (part) | 10/10/14 | J | | |
| 314. Linx III LP | D | Distribution | P1 | U | Buy (add'l) | 07/09/14 | O | | See Note # 1 |
| 315. | | | | | Sold (part) | 03/18/14 | K | | |
| 316. | | | | | Sold (part) | 05/29/14 | J | | |
| 317. | | | | | Sold (part) | 08/29/14 | M | | |
| 318. | | | | | Sold (part) | 11/25/14 | N | | |
| 319. Monaeo Inc(Conv. Promissory Note) | | None | M | T | | | | | |
| 320. Moolagram Inc (Ser A1 Preferred ) | | None | M | T | Buy (add'l) | 05/27/14 | K | | |
| 321. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 322. | | | | | Buy (add'l) | 08/26/14 | K | | |
| 323. | | | | | Buy (add'l) | 10/20/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. One Up Games LLC(Note ) | | None | N | T | | | | | |
| 325. Romulus Capital II US Feeder LP | | None | N | U | Buy (add'l) | 10/31/14 | M | | |
| 326. Storypanda Enterprises Inc(Conv Promissory Note) | | None | K | T | | | | | |
| 327. Tengrade Inc (Preferred) | | None | M | T | Buy (add'l) | 05/27/14 | K | | |
| 328. | | | | | Buy (add'l) | 06/03/14 | K | | |
| 329. Linx-Grammer Co LLC | C | Distribution | O | U | Sold (part) | 05/21/14 | K | | |
| 330. | | | | | Sold (part) | 08/22/14 | J | | |
| 331. NYS Dorm 4% Due 5/15/17 | C | Interest | M | T | | | | | |
| 332. State of NY Thruway 4 % Due 3/15/15 | C | Interest | M | T | | | | | |
| 333. Triborough Bridge 5 1/4 % Due 11/15/14 | D | Interest | | | Matured | 11/17/14 | M | | |
| 334. NYS Urban Dev 5% Due 1/1/14 | D | Interest | | | Matured | 01/02/14 | N | | |
| 335. State of NY Dorm 5 % Due 7/1/16 | E | Interest | N | T | | | | | |
| 336. Lake Placid NY 5 % Due 6/15/16 | D | Interest | N | T | | | | | |
| 337. Onondaga Cnty NY TR Cult 5 % Due 12/1/15 | D | Interest | M | T | | | | | |
| 338. MTA Rev BD 5.5 % Due 1/1/15 | E | Interest | O | T | | | | | |
| 339. West Seneca NY 4 % Due 11/15/17 | E | Interest | O | T | | | | | |
| 340. NY NY Ser C 5 % Due 8/1/17 | E | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. State of NY Dorm 3 % Due 3/1/15 | D | Interest | N | T | | | | | |
| 342. Tarrytown NY 4 % 4 % Due 5/1/18 | E | Interest | O | T | Buy | 01/07/14 | O | | |
| 343. Tailwind Capital Partners II LP | | None | P1 | U | Buy (add'l) | 01/17/14 | P1 | | See Note # 11 |
| 344. | | | | | Buy (add'l) | 03/17/14 | L | | |
| 345. | | | | | Buy (add'l) | 09/26/14 | K | | |
| 346. | | | | | Sold (part) | 03/31/14 | L | | |
| 347. | | | | | Sold (part) | 11/24/14 | O | | |
| 348. | | | | | Buy (add'l) | 12/19/14 | O | | |
| 349. --TowerCo 2013 | | | | | Buy | 11/24/14 | | | See Note # 11 |
| 350. --Diamondback Drugs | | | | | Buy | 12/19/14 | | | See Note # 11 |
| 351. --Long's Drugs | | | | | Buy | 01/07/14 | | | See Note # 11 |
| 352. Uniserv LLC | | None | M | U | Buy (add'l) | 06/13/14 | M | | |
| 353. | | | | | Sold (part) | 12/31/14 | K | | |
| 354. Trust # 4 | G | Int./Div. | P2 | T | | | | | See Note # 7 |
| 355. --Safebulkers Inc Ser B 8 % Preferred | | | | | | | | | |
| 356. --Principal Global Diversified Income Fd Cl A | | | | | | | | | |
| 357. --Thornburg Income Builders Cl 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. --Thornburg Global Opp Fd Cl 1 | | | | | Buy | 09/04/14 | P1 | | |
| 359. --Thornburg Intl Value Fd 1 | | | | | Buy | 09/04/14 | O | | |
| 360. --Thornburg Limited Term Inc Cl 1 | | | | | Buy | 09/04/14 | P1 | | |
| 361. --UBS Bank USA Dep Account | | | | | | | | | |
| 362. --JP Morgan Checking | | | | | | | | | |
| 363. --Nextremity Solutions Inc (Conv Promissory Note ) | | | | | | | | | |
| 364. --EOS Sleep Management LLC | | | | | | | | | |
| 365. Trust # 3 | None | P1 | U | | | | | | See Note # 7 |
| 366. --Tactics II Ser B Preferred | | | | | Distributed (part) | 03/11/14 | O | | See Note # 5-To Line # 368 |
| 367. | | | | | Sold | 03/11/14 | J | | |
| 368. --Cellular Dynamics International Inc (Preferred A) | | | | | Spinoff (from line 366) | 03/11/14 | O | | See Note # 6 |
| 369. | | | | | Spinoff (from line 373) | 03/11/14 | P1 | | See Note # 6 |
| 370. | | | | | Spinoff (from line 375) | 03/11/14 | O | | See Note # 6 |
| 371. | | | | | Spinoff (from line 377) | 03/11/14 | O | | See Note # 6 |
| 372. | | | | | Sold (part) | 12/09/14 | P1 | | |
| 373. --Tactics II Stem Cell Ventures QP LP | | | | | Distributed (part) | 03/11/14 | P1 | | See Note # 5-To Line #369 |
| 374. | | | | | Sold | 03/11/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. --Tactics II CDI Servies B Investors III LLC | | | | | Distributed (part) | 03/11/14 | O | | See Note # 5-To Line # 370 |
| 376. | | | | | Sold | 03/11/14 | J | | |
| 377. --Tactics II Venture LP | | | | | Distributed (part) | 03/11/14 | O | | See Note # 5-To Line # 371 |
| 378. | | | | | Sold | 03/11/14 | J | | |
| 379. Tailwind Capital Partners II (GP)LP | | None | N | U | Buy (add'l) | 01/17/14 | N | | See Note # 11 |
| 380. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 381. | | | | | Buy (add'l) | 12/19/14 | K | | |
| 382. | | | | | Sold (part) | 03/31/14 | J | | |
| 383. Island Air LLC | | None | M | U | | | | | |
| 384. Vonage Holdings Corp(Com) | | None | | | Sold (part) | 06/04/14 | N | E | |
| 385. | | | | | Sold (part) | 12/04/14 | M | G | |
| 386. | | | | | Sold | 12/19/14 | K | E | |
| 387. The Yard (Promissory Note) | C | Interest | L | T | | | | | |
| 388. RGI Partners B LP | E | Distribution | L | U | | | | | See Note # 1 |
| 389. Qualys Inc (com) | | None | | | Spinoff (from line 30) | 08/05/14 | J | | See Note # 6 |
| 390. | | | | | Donated | | | | |
| 391. Quintiles Transnational Holdings Inc (Com) | | None | | | Spinoff (from line 44) | 01/23/14 | K | | See Note # 6 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Spinoff (from line 87) | 01/23/14 | K | | See Note # 6 |
| 393. | | | | | Spinoff (from line 158) | 01/23/14 | K | | See Note # 6 |
| 394. | | | | | Spinoff (from line 163) | 01/23/14 | J | | See Note # 6 |
| 395. | | | | | Donated | | | | |
| 396. Zeltiq Aesthetics Inc (Com) | | None | | | Spinoff (from line 183) | 01/23/14 | J | | See Note # 6 |
| 397. | | | | | Donated | | | | |
| 398. Durata Therapeutics Inc (Com) | | None | | | Spinoff (from line 184) | 05/20/14 | J | | See Note # 6 |
| 399. | | | | | Donated | | | | |
| 400. Invensense Inc. (Com) | | None | | | Spinoff (from line 267) | 03/14/14 | J | | See Note # 6 |
| 401. | | | | | Donated | | | | |
| 402. Radius Networks Inc (Com) | | None | O | T | Spinoff (from line 277) | 04/10/14 | O | | See Note # 6 |
| 403. Moolagram Inc (Preferred Ser A-2 ) | | None | O | T | Spinoff (from line 278) | 04/10/14 | O | | See Note # 6 |
| 404. Safebulkers Ser D 8 % Preferred | | None | M | T | Buy | 06/30/14 | M | | |
| 405. ChartIQ LLC | | None | M | U | Buy | 10/27/14 | M | | |
| 406. Transplant Genomics Inc (Convertible Note) | | None | M | T | Buy | 04/17/14 | M | | |
| 407. Transplant Genomics Inc( Preferred A) | | None | L | T | Buy | 11/19/14 | L | | |
| 408. Gravitas Technology Service LLC | A | Distribution | P1 | U | Buy | 12/15/14 | O | | See Note # 1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Real Endpoints LLC | | None | N | U | Buy | 06/30/14 | M | | |
| 410. Valuestream Development Lab Fund LLC | | None | M | U | Buy | 11/04/14 | M | | |
| 411. Romulus Placester Special Opportunity Fd | | None | L | U | Buy | 12/04/14 | L | | |
| 412. Grove Hospitality Asia GP LLC | | None | J | U | Buy | 12/23/14 | J | | |
| 413. Grove Hospitality Europe GP LLC | | None | J | U | Buy | 12/23/14 | J | | |
| 414. Grove Aurelis II GP LLC | | None | J | U | Buy | 12/23/14 | J | | |
| 415. GN WMC LLC | | None | J | U | Buy | 12/23/14 | J | | |
| 416. Romulus Cohealo Special Opportunity Fund LP | | None | M | U | Buy | 09/16/14 | M | | |
| 417. Invesco International Growth A (401k) | | None | M | T | Buy | 12/15/14 | M | | |
| 418. Safebulkers Inc (Ser C Preferred) (IRA) | C | Dividend | L | T | Buy | 04/30/14 | M | | |
| 419. Safebulkers Inc (Ser D 8 % Preferred) | D | Dividend | M | T | Buy | 06/23/14 | M | | |
| 420. NY NY 5 % Due 3/1/17 | C | Interest | M | T | Buy | 02/04/14 | M | | |
| 421. City of NY 5 % Due 1/15/19 | B | Interest | M | T | Buy | 02/05/14 | M | | |
| 422. NY S Urban Dev 5 % Due 3/15/18 | D | Interest | O | T | Buy | 03/17/14 | O | | |
| 423. NYC NY TRans 5 % Due 11/1/19 | C | Interest | M | T | Buy | 05/22/14 | M | | |
| 424. Met Trans Authority 5 % Due 11/15/18 | D | Interest | N | T | Buy | 05/27/14 | N | | |
| 425. NYS Dorm 5 % Due 2/15/17 | A | Interest | M | T | Buy | 07/25/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 34

**Name of Person Reporting**

McMahon, Colleen

**Date of Report**

08/11/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. NY NY Unlimited Tax 5 % Due 8/1/18 | | None | M | T | Buy | 09/19/14 | M | | |
| 427. NYS Thruway Auth 4 % Due 1/1/17 | | None | N | T | Buy | 10/24/14 | N | | |
| 428. NYS Thruway 5 % Due 5/1/19 | | None | O | T | Buy | 11/04/14 | N | | |
| 429. | | | | | Buy (add'l) | 11/24/14 | M | | |
| 430. NYS Dormatory 5 % Due 7/1/18 | | None | N | T | Buy | 11/04/14 | N | | |
| 431. NYS Dormatory 5 % Due 3/15/19 | | None | N | T | Buy | 11/06/14 | N | | |
| 432. Nassau County NY 5 % Due 10/1/19 | | None | N | T | Buy | 11/18/14 | N | | |
| 433. Rochester NY 4 % Due 2/15/19 | | None | O | T | Buy | 11/26/14 | O | | |
| 434. Personalized Cancer Therapy Inc (Com) | | None | N | T | Buy | 11/13/14 | N | | |
| 435. Romulus ELC B3 Special Opportunity LP | | None | M | U | Buy | 10/08/14 | M | | |
| 436. Prospect Hill Association (Short term loan) | A | Interest | | | Buy | 05/14/14 | K | | |
| 437. | | | | | Redeemed (part) | 08/01/14 | J | | |
| 438. | | | | | Redeemed | 09/17/14 | K | | |
| 439. Sommetrics. Inc (Preferred Ser B) | | None | N | T | Buy | 07/28/14 | N | | |
| 440. RetSKU Inc (Senior Convertible Note) | | None | K | T | Buy | 04/29/14 | K | | |
| 441. Sensai Corp (Converitible Note) | | None | M | T | Buy | 10/28/14 | M | | |
| 442. Cycle Pharmaceuticals LTD (Ser A Shares) | | None | O | T | Buy | 06/25/14 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 34

Name of Person Reporting

McMahon, Colleen

Date of Report

08/11/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  Free ATM Inc (Ser A Preferred) | | None | K | T | Buy | 04/28/14 | K | | |
| 444.  Engage Simply Inc (Convertible Note) | | None | K | T | Buy | 05/27/14 | K | | |
| 445.  Build and Imagine LLC | | None | K | U | Buy | 08/19/14 | K | | |
| 446.  Call Rail Investors LLC | | None | M | U | Buy | 12/18/14 | M | | |
| 447.  Apprennet LLC | | None | L | U | Buy | 03/31/14 | L | | |
| 448.  Linx-Transpro Co-Invest LLC | | None | M | U | Buy | 07/08/14 | M | | |
| 449.  Vocalocity Inc (X) | | None | | | Sold | 04/22/14 | J | C | See Note # 12 |
| 450.  Tidewater Acquisition Inc (X) | | None | | | Sold | 12/31/14 | J | C | See Note # 12 |
| 451.  Thompson Trucking Inc (X) | | None | | | Sold | 12/31/14 | K | E | See Note # 12 |
| 452.  Linx-Gullett Co-Invest LLC | D | Distribution | N | U | Buy | 01/02/14 | M | | See Note # 1 |
| 453. | | | | | Buy (add'l) | 03/31/14 | K | | |
| 454. | | | | | Sold (part) | 03/27/14 | J | | |
| 455. | | | | | Sold (part) | 06/06/14 | J | | |
| 456. | | | | | Sold (part) | 09/12/14 | J | | |
| 457. | | | | | Sold (part) | 10/24/14 | K | | |
| 458. | | | | | Sold (part) | 12/12/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1
Explanation Re:Section VII ,
Item #' 8,28,52,58,60,64,65,70,76,82,97,101,122,123,124,129,135,136,175,185,188,191,204,225,251,254,260,267,269,273,314,388,408,452

The income from investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to determine the amount code in column B(1)The type of income in column B(2)is labeled "distribution", to denote more then one category of income indicated on schedule K-1 received from the partnership.

Note # 2
Explanation Section VII
Item # 56
Menemsha Capital Partners Ltd is a Sub-chapter S corporation owned 100% by Judge McMahon's ▮▮▮▮▮

Note # 3
Explanation Section VII
Item # 114,153,221,237,271,279,304
These investments are worthless as of December 31, 2014. The assets are listed as "Closed" in Column D(1). The date in Column D(2) is December 31, 2014. The value in Column D(3) is blank since no value was derived from the worthless investment.

Note # 4
Explanation Section VII
Item # 129-134, 136-152

The Judge's ▮▮▮▮▮ a Managing partner of Tailwind Capital Partners LP and Tailwind Capital Partners (GP) LP . The partnerships have ownership interests in the companies listed.The costs of the ownership interests are included in the Gross value at the end of the reporting period indicated on line # 129 Tailwind Capital Partners LP Column C(1) and line # 136 Tailwind Capital Partners( GP) LP, Column C(1). In addition,the proceeds of the sale of the investments are included on line 130-134 and 137-142 . The invested companies are listed on lines 143 thru 152.

Note # 5
Explanation Section VII
Item # 30,44,87,158,163,183,184,267,277,278,366,373,375,377

The Limited Partnership distributed shares of securities that were purchased and held by the partnership. This information is noted as "Distributed " in Column D(1). The date the shares were distributed is listed in Column D(2). The value in Column D(3) is the distributee's pro rata share of the aqusition cost of the assets by the Limited Partnership, as reported by the General Partner. The transfer relates only to the specific security The entire partnership was not transferred.

Note # 6
Explanation Section VII
Item # 368,369,370,371,389,391,392,393,394,396,398,400,402,403

These securities were not purchased but were received from time to time as in-kind distributions from the various Limited Partnerships.. These securities are listed as "Spinoff" in column D(1). The date in column D(2) is the effective date of the distribution. The Value in Column D (3) is the distributee's pro rate share of the acqusition costs of the assets by the Limited Partnership, as reported by the General Partner.

Note # 7
Explanation Section VII
Item # 354-378

The Judge's ▮▮▮▮▮ two trusts- Trust # 3 and Trust # 4. He is the Grantor and Trustee of these trusts. The income reported by the trusts are taxed to the Grantor. The benficiaries of the trusts are the Judge's independent ▮▮▮▮▮ . The total assets of the Trusts are listed on line # 354 C(1) and line # 365 C(1).

Note # 8
Explanation Section VII
Item # 5,117,214,215,249

The assets held in Trust # 2 were distributed to the remaining beneficary as per the trust agreement.

Note # 9
Explanation Section VII
Item # 50,81,113,244

The partnership terminated during 2014. The partner's capital account was reduced to zero due to a loss incurred by the partnership and as a result "Closed" was entered in Section VII column D(1) the date of December 31, 2014 was entered in Column D(2) and no value was entered in Section VII column D(3).

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note # 10
Explanation Section VII
Item # 222,281

The loans reported on the prior reports were indirect invesmtments by the Judge's ▮▮▮▮ in 71 Smith Street LLC. The amounts will be repaid from future distributions made by the partnership .

See Note # 11
Explanation Section VII
Item # 343-351 ,379-382

The Judge's ▮▮▮▮ is a Managing Partner of Tailwind Capital Partners II LP and Tailwind Capital Partners II (GP) LP. The partnerships have ownership interests in the companies listed (349-351). The cost of the ownership interests are included in the Gross Value at the end of the reporting period indicated on line # 343 & 379, Column C(1).
.The purchase of the companies listed are included  in the partners capital contributions listed on line # 343-346 and 379-381 in section D(2) and D(3).

Note # 12
Explanation Section VII
Item # 449,450,451

Escrow income subject to various contingencies was received in 2014.  The applicable securities were sold in  prior years. The cost of the securities was zero.

# FINANCIAL DISCLOSURE REPORT

Page 34 of 34

Name of Person Reporting

McMahon, Colleen

Date of Report

08/11/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Colleen McMahon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544